

FILE COPY

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**11/4/2015**                                                  **COA No. 12-13-00330-CR**
**PULLINS, TIMOTHY DEWAYNE   Tr. Ct. No. 007-0509-13          PD-0648-15**
On this day, the Appellant's Pro Se petition for discretionary review has been refused.

Abel Acosta, Clerk

12TH COURT OF APPEALS  CLERK
CATHY LUSK
1517 W. FRONT, ROOM 354
TYLER, TX  75701
* DELIVERED VIA E-MAIL *